Four Decades Contracting, Inc., Respondent, 
against
Georgine Hartenfels, Appellant.



Appeal from a judgment of the District Court of Nassau County, Second District (Douglas J. Lerose, J.), entered July 1, 2014. The judgment, after a nonjury trial, awarded plaintiff the principal sum of $2,841.




ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this commercial claims action to recover the sum of $2,841, representing the unpaid balance due for plaintiff's services in renovating defendant's bathroom. After a nonjury trial, the District Court awarded plaintiff the principal sum of $2,841.
In a commercial claims action, our review is limited to a determination of whether "substantial justice has . . . been done between the parties according to the rules and principles of substantive law" (UDCA 1807-A [a]; see UDCA 1804-A; Ross v Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125 [2000]). The determination of a trier of fact as to issues of credibility is given substantial deference, as a trial court's opportunity to observe and evaluate the testimony and demeanor of the witnesses affords it a better perspective from which to assess their credibility (see Vizzari v State of New York, 184 AD2d 564 [1992]; Kincade v Kincade, 178 AD2d 510, 511 [1991]). The deference accorded to a trial court's credibility determinations applies with even greater force to judgments rendered in the Commercial Claims Part of the court (see Williams v Roper, 269 AD2d at 126). As the record supports the District Court's determination, we find that the judgment provided the parties with substantial justice (see UDCA 1804-A, 1807-A [a]).
Accordingly, the judgment is affirmed.
Marano, P.J., Iannacci and Brands, JJ., concur.
Decision Date: July 08, 2016